AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __NEW YORK__

UNITED STATES OF AMERICA

V.

Omar Locke

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 1: 04 Cr. 00119 -08(AKH)

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_[signature]_
Signature of Judge

Alvin K. Hellerstein, U.S.D.J.
Name of Judge          Title of Judge

April 24, 2025
Date

nunc pro tunc to 5/23/2005